

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CR-155 |
| | ) | |
| LOUISE S. EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT from in or around 2011 through in or around December 2017, within the Eastern District of Virginia and elsewhere, the defendant, LOUISE S. EDWARDS, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with others, both known and unknown, to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 846).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Matthew A. Anzaldi
Special Assistant United States Attorney
Alexander E. Blanchard
Assistant United States Attorney