**SENTENCING HEARING**                                   Judge Leonie M. Brinkema
Date: 09/07/18                                           Reporter: A. Thomson
Start: 9:45am   End: 10:01am

**UNITED STATES of AMERICA**          CASE NUMBER: 1:18cr155
Vs.

LOUISE EDWARDS

Counsel/Govt.: M.Anzaldi/K. Dwyer   Counsel/Deft.: Greg Stambaugh
Court adopts PSI [ ] without exceptions [ ] with the following
exceptions:_____

**SENTENCING GUIDELINES:**              Upon Motion of [ ] Deft [ ] Govt
Offense Level: _35_                     Court depart from G/L pursuant to:
Criminal History: _I_                                  [ ] USSG 5K1.1
Imprisonment Range: _168_ to _210_ months              [ ] USSG 5C1.2
Supervised Release Range: __1__ to __3__ years         [ ] USSG 5K2.12
Restitution: $_____                        [ ] USSG 5H1.4
Fine Range: $_40,000.00_ to $_1,000,000.00___          [ ] _____
Special Assessment: $_100.00_ per Count

**JUDGMENT of the COURT:**
BOP for _120__ months, with credit for time served
Supervised Release for _3_ Years
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to
begin _____ days from imposition of sentence/release
Special Assessment: $_100.00__ [ ]Satisfied [X] Due immediately**(paid in full)**
Fine/Costs Waived [X] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the
deft=s expense, w/leave as directed by Court.
 x  Deft. to remain drug & alcohol free, In/Out patient treatment as directed.
     x Deft to pay costs as able           x  Deft to waive privacy
___ Deft. to participate in _____ counseling as directed.
     ___Deft to pay costs as able           ___Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly
payments of $_____to begin _____ days from release from custody.
 x  Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment    ___Full-time education program
___ Drug Testing Waived
 x  Other: advise any employer of this conviction & supervision; cant work where
there is access to prescriptions

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to a F.C.I. Alderson, WV.

 x  Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [ ] Remanded [x] Self Surrender/Bond cont.

 Forfeiture order filed & entered in open court